UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| B.M.D., a minor, by and through his father, MARVIN DICKERSON, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.: 3:07-CV-73 (VARLAN/SHIRLEY) |
| KNOX COUNTY, TENNESSEE, et al., ) ) | |
| Defendants. ) | |

## ORDER

This civil action is before the Court on the defendants Winston Ragon and Allen May's Motion for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment [Doc. 106], Defendant Knox County's Joinder in Motion by Defendants Ragon and May for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment [Doc. 109], Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment [Doc. 110], and Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Amended) [Doc. 111]. All parties request an extension of time, until and through twenty (20) days after the Court rules on Plaintiffs' motion to amend complaint to respond to the pending motions for summary judgment.

The Court finds the parties' motions are well-taken and defendants Winston Ragon and Allen May's Motion for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment [Doc. 106], Defendant Knox County's Joinder in Motion by Defendants

Ragon and May for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment [Doc. 109], Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment [Doc. 110], and Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Amended) [Doc. 111] are hereby **GRANTED**.  The parties shall have until and through twenty (20) days after the Court rules on Plaintiffs' motion to amend complaint to respond to the pending motions for summary judgment.

    IT IS SO ORDERED.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE